**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ISAAC K. STROMAN,**

                **Plaintiff,**                 **9:18-cv-149**
                                                        **(GLS/TWD)**

           **v.**

**DANIEL MARTUSCELLO et al.,**

                **Defendants.**

**APPEARANCES:**                   **OF COUNSEL:**

**FOR PLAINTIFF:**
ISAAC K. STROMAN
Plaintiff *Pro Se*
11-A-0292
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13021

**FOR DEFENDANTS:**
HON. BARBARA UNDERWOOD     RYAN L. ABEL
New York Attorney General          HELENA O. PEDERSON
The Capitol                             Assistant Attorney Generals
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

    The above-captioned matter comes to this court following an Order and Report Recommendation by Magistrate Judge Thérèse Wiley Dancks duly filed on September 7, 2018. (Dkt. No. 24.) Following fourteen days

from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Order and Report Recommendation for clear error, it is hereby

**ORDERED** that the Order and Report Recommendation (Dkt. No. 24) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion to dismiss (Dkt. No. 20) is **GRANTED IN PART** and **DENIED IN PART** as follows:

**GRANTED** with prejudice as to plaintiff's state law assault and battery claims against defendants C.O. Tirigllio, C.O. Bence, C.O. Steele, and Scott Ranze[1]; and

**DENIED** in all other respects, leaving only plaintiff's Eighth Amendment failure to intervene claims against defendants C.O. Pasqurillio and Sgt. Bailey; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

---

[1] Although identified as "Ramsey" in the Order and Report Recommendation, (Dkt. No. 24 at 11), that defendant was later identified at Scott Ranze and the docket was accordingly amended, (Dkt. No. 14).

September 28, 2018
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge