**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ISAAC K. STROMAN,**

                    Plaintiff,                  9:18-cv-149
                                                               (GLS/TWD)

         v.

**SCOTT RANZE et al.,**

                    Defendants.
_____

**APPEARANCES:**                          **OF COUNSEL:**

**FOR PLAINTIFF:**
ISAAC K. STROMAN
Plaintiff, _pro se_
11-A-0292
Riverview Correctional Facility
PO Box 247
Ogdensburg, NY 13669

**FOR DEFENDANTS:**
HON. LETITIA JAMES              RYAN L. ABEL
New York State Attorney General     ADRIENNE J. KERWIN
The Capitol                              HELENA O. PEDERSON
Albany, NY 12224                     Assistant Attorneys General

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation by Magistrate Judge Thérèse Wiley Dancks duly filed on December 13, 2019. (Dkt. No. 58.) Following fourteen days

from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 58) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 41) is **GRANTED IN PART** and DENIED IN PART as follows:

**GRANTED** with respect to plaintiff Isaac K. Stroman's retaliation claim against defendant C.O. Bence and his excessive force claim against defendant C.O. Steele; and

**DENIED** in all other respects; and it is further

**ORDERED** that, when a trial date is scheduled by the court, the Court will appoint Stroman pro bono trial counsel to assist in the preparation for trial; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 7, 2020
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge